1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8    IN RE: PHENYLPROPANOLAMINE
     (PPA) PRODUCTS LIABILITY
9    LITIGATION,                          MDL NO. 1407

10   _____  ORDERING GRANTING DURST
                                          DISCOUNT DRUGS, INC'S MOTION
11   This document relates to:            TO DISMISS THE INDIVIDUAL
                                          CLAIMS OF TAMARA WALLACE AND
12   Tamara Wallace v. Bayer              STRIKING MOTION TO DISMISS
     Corporation, et al.                  FOR FAILURE TO COMPLY WITH
13   No. 3-cv-3036                        CMO NOS. 15 AND 15A

14

15        Durst Discount Drugs, Inc. ("Durst") moves this court to

16   dismiss the claims of plaintiff Tamara Wallace pursuant to

17   Federal Rule of Civil Procedure 12(b)(6) for failure to state a

18   cause of action.[1] Having reviewed the motion, the response filed,

19   _____

20        [1]The text of the motion also contains a motion to dismiss
     the claims of plaintiffs Sherry Jones representative of Candace
21   Jones, Mack Chatman representative of Martha Chatman, Jessica
     Acevedo (minor) through Barbara Stallworth, Lee Johnson and Ed
22   Magee for failure to comply with Case Management Order ("CMO")
     Nos. 15 and 15A. These individuals, along with Ms. Wallace,
23   originally filed a multi-plaintiff action in Mississippi state
     court in which Durst was named as a defendant. The action was
24   ultimately transferred to this court as part of the multi-
     district litigation 1407 ("MDL 1407") and each of the above-named
25   plaintiffs timely filed individual complaints pursuant to CMO 15.
26   It is unclear whether Durst is asking the court to dismiss the

     ORDER
     Page - 1 -

1   and the reply thereto, the court hereby finds and rules as

2   follows:

3        Ms. Wallace alleges that she suffered an ischemic stroke

4   following the ingestion of Alka-Seltzer, a phenylpropanolamine

5   ("PPA") containing product.  Alka-Seltzer is manufactured by

6   defendant Bayer Corporation ("Bayer"). Ms. Wallace further

7   alleges that she purchased the Alka-Seltzer product at Durst.

8        Ms. Wallace originally filed her claims as part of a multi-

9   plaintiff action in Mississippi state court. The action was

10  removed to federal court on the basis of diversity of citizenship

11  and ultimately transferred to this court as part of MDL 1407.

12  Thereafter, on September 2, 2003, Ms. Wallace filed an individual

13  complaint pursuant to the terms of CMO 15.  In it she alleges

14  claims for strict product liability, negligence, breach of

15  warranty, and negligent misrepresentation.

16       On December 2, 2003, Ms. Wallace filed a motion to remand

17  the case back to Mississippi state court.  Bayer opposed the

18  motion, arguing that Durst had been fraudulently joined for the

19  purpose of defeating diversity jurisdiction. The court agreed and

20  on May 5, 2004 issued an order denying plaintiff's motion for

21  remand. In the order, the court held that plaintiff had failed to

22  state a cause of action against Durst, and that the failure is

23  obvious according to the settled rules of Mississippi. Durst now

24  _____

25  multi-plaintiff action or dismiss the individual claims, but in
    either case, the motion is moot because the multi-plaintiff
26  action was dismissed on May 7, 2004 and Durst is not named as a
    defendant in any of the individual complaints.
    ORDER
    Page - 2 -

1  moves the court to dismiss Ms. Wallace's claims against it.

2      Based on the reasoning set forth in the May 5, 2004 order

3  denying Ms. Wallace's motion to remand, the court finds that Ms.

4  Wallace has failed to state a claim against Durst upon with

5  relief can be granted. Therefore, the court GRANTS Durst's motion

6  to dismiss plaintiff's claims pursuant to Federal Rule 12(b)(6)

7  and hereby dismisses the claims against Durst. In addition, the

8  court STRIKES the motion to dismiss for failure to comply with

9  CMO Nos. 15 and 15A.

10

11      DATED at Seattle, Washington this 10th day of May, 2004.

12

13  BARBARA JACOBS ROTHSTEIN
    UNITED STATES DISTRICT COURT JUDGE

ORDER
Page - 3 -